UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SCOTT JOHNSON,

        Plaintiff,

    v.

THICK AND THIN VENTURES, INC.,

        Defendant.

Case No. 21-cv-03841-WHO

**ORDER TO SHOW CAUSE**

    Nothing has happened in this case since plaintiff sought and received entry of default by the Clerk's Office on October 7, 2021. Dkt. No. 13. Plaintiff is ORDERED TO SHOW CAUSE why this case should not be dismissed for failure to prosecute. Fed. R. Civ. Proc. 41(b). Plaintiff may extinguish this Order to Show Cause by filing a motion for entry of default judgment on or before **February 22, 2022**. Failure to file that motion, or otherwise explain plaintiff's failure to prosecute this case, may result in its dismissal. *Id*.

**IT IS SO ORDERED.**

Dated: January 24, 2022



William H. Orrick
United States District Judge